## Schedule A

| | |
|---|---|
| Bills of Lading: | HSLM01QINBAL001- HSLM01QINBAL008 and HSLM01QINBAL167 |
| Date of Shipment: | November 20-25, 2021 |
| Shipper: | Lianyungang Yuantai International Trade Co., Ltd. |
| Consignee: | Hawthorne Industrial Products, Inc. |
| Port of Loading: | Qingdao, China |
| Port of Discharge: | Baltimore, Maryland |
| Description of Goods: | 9,667 crates of Pinus Sylvestris Plywood |
| Vessel / Voyage: | Tac Imola |
| Nature of Loss: | Damages to Cargo |
| Amount of Loss: | Currently estimated at $28,000,000, but still accruing, plus interests, fees, and costs |



EXHIBIT

A

-13-