**Schedule B**

| | |
|---|---|
| Bills of Lading: | HSLM07QINBAL001, HSLM07QINBAL002, HSLM07QINBAL003, HSLM07QINBAL004 and HSLM07QINBAL005 |
| Date of Shipment: | April 22, 2022 |
| Shipper: | Lianyungang Yuantai International Trade Co., Ltd. |
| Consignee: | Hawthorne Industrial Products, Inc. |
| Port of Loading: | Qingdao, China |
| Port of Discharge: | Baltimore, Maryland |
| Description of Goods: | 7,155 crates of Pinus Sylvestris Plywood |
| Vessel / Voyage: | Indigo Spica / H2207 |
| Nature of Loss: | Damages to Cargo |
| Amount of Loss: | Currently estimated at $6,500,000, but still accruing, plus interests, fees, and costs |

EXHIBIT B