UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>　　　　Plaintiff<br><br>**VERSUS**<br><br>**HANWIN SHIPPING LIMITED**<br>**also known as**<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO., or**<br>**CITY EXPANSION LIMITED,**<br>　　　　Defendants<br><br>**AND**<br><br>**AMERICAN SHIPPING AND CHARTERING CORP.,**<br>　　　　Garnishee | **CIVIL ACTION NO.:**<br><br>**DISTRICT JUDGE:**<br>**HON.**<br><br>**MAGISTRATE JUDGE:**<br>**HON.** |

## **VERIFICATION**

I, Russell Stadelman, declare and state:

1. I am a Director and Officer of Hawthorne Industrial Products Inc.;

2. I am authorized on behalf of Hawthorne to make this statement;

3. I am over the age of 18;

4. I am competent to make and swear to the statements made herein;

5. I have personal knowledge of the facts stated herein;

6. The facts alleged in this Verified Complaint are true and correct to the best of my knowledge except as to any matters stated to be alleged upon information and belief which, as to those matters, I believe them to be true.

Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury that the foregoing is true and correct.


Executed on the 7 day of 2022, 2022.

_____
Russell Stadelman