UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO.,** or<br>**CITY EXPANSION LIMITED,**<br>　　　　　**Defendants**<br><br>**AND**<br><br>**AMERICAN SHIPPING AND CHARTERING CORP.,**<br>　　　　　**Garnishee** | **CIVIL ACTION NO.:**<br><br>**DISTRICT JUDGE:**<br>**HON.**<br><br>**MAGISTRATE JUDGE:**<br>**HON.** |

### ATTORNEY'S DECLARATION THAT
### <u>DEFENDANTS CANNOT BE FOUND WITHIN THE DISTRICT</u>

Pursuant to 28 U.S.C. § 1746, I, Aaron B. Greenbaum, verify under penalty of jury that the following declarations are true and correct:

(1) I am a member of the Bar of this Court, am associated with the firm of Pusateri, Johnston, Guillot & Greenbaum, LLC, and represent the plaintiff herein, Hawthorne Industrial Products, Inc.

(2) I have personally conducted a diligent search in order to determine whether the defendants in this action, Hanwin Shipping Limited, Hanwin Shipping Company

Limited, Shanghai Hanying International Logistics Co., and City Expansion Limited ("Defendants") can be found within the U.S. Southern District of Texas.

(3) The filings on record with the Secretary of State, State of Texas indicate that Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., and City Expansion Limited are not registered with the Secretary of State, State of Texas.

(4) The Secretary of State, State of Texas, does not have a record of Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., or City Expansion Limited, maintaining a registered agent for service of process within the State of Texas.

(5) I have conducted various web and internet searches. No telephone number or address listing exists for Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., or City Expansion Limited in the State of Texas.

(6) Web and internet searches indicate that the Hanwin Shipping Limited's office address is Room 802, Magnolia Plaza, No. 777 Hongqiao Road, Shanghai, China.

(7) Based upon the results of the inquiries hereinabove mentioned, to the best of my knowledge, information, and belief, defendant, Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., and City Expansion Limited cannot be found within the District for the U.S. District Court for the Southern District of Texas within the meaning of Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Action to the Federal Rules of Civil Procedure.

(8) Upon information and belief, the defendants, Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., or City Expansion Limited have or will have during the pendency of this action, tangible and intangible property within the District in the hands of garnishees, including but not limited to American Shipping and Chartering Corp.

Signed this 7th day of September, 2022

                                            */s/ Aaron B. Greenbaum*
                                            Aaron B. Greenbaum (TX #24110938)
                                            SDTX Federal ID No.: 2023921