UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.**<br>　　　　　**Plaintiff**<br><br>VERSUS<br><br>**HANWIN SHIPPING LIMITED**<br>also known as<br>**HANWIN SHIPPING COMPANY LIMITED,**<br>**SHANGHAI HANYING INTERNATIONAL LOGISTICS CO., or**<br>**CITY EXPANSION LIMITED,**<br>　　　　　**Defendants**<br><br>AND<br><br>**AMERICAN SHIPPING AND CHARTERING CORP.,**<br>　　　　　**Garnishee** | CIVIL ACTION NO.: 4:22-cv-3035<br><br>DISTRICT JUDGE:<br>HON.<br><br>MAGISTRATE JUDGE:<br>HON. |

**PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED ENTRY OF AN ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME WRIT OF ATTACHMENT AND GARNISHMENT AND, IN THE ALTERNATIVE, FOR EXPEDITED HEARING**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff, Hawthorne Industrial Products Inc. ("Hawthorne"), by and through its attorneys, Pusateri, Johnston, Guillot & Greenbaum, LLC, and files this its Motion for Expedited Entry of an Order Authorizing Issuance of Process of Maritime Writ of Attachment and Garnishment and, in the Alternative, for Expedited Hearing for the consideration of its Verified Original Complaint and *Ex Parte* Motion requesting entry of an Order authorizing the issuance of process of maritime attachment and garnishment, and would respectfully show as follows:

## I.

On September 7, 2022, Hawthorne filed its Verified Complaint requesting, among other things, the entry of an Order authorizing the issuance of process of maritime attachment and garnishment.

Plaintiff alleges that, upon information and belief, the Defendants, Hanwin Shipping Limited, Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., and/or City Expansion Limited have or will have, during the pendency of this action and within this District certain property, including funds paid to it by Hanwin and held in a segregated bank account, relating to the payment of third-party vendors servicing Hanwin's vessels. These funds are believed to be in the hands of Garnishee American Shipping and Chartering, Corp. Upon information and belief, these funds may be depleted. Therefore, Hawthorne requests the expedited entry of an Order authorizing the issuance of process of maritime writ of attachment and garnishment. In the alternative, and in order to present its Verified Original Complaint and *Ex Parte* Motion prior to these funds being depleted, Hawthorne requests an expedited hearing be set as soon as practicable.

## II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Hawthorne Industrial Products Inc. prays that this Honorable Court grant its Motion for Expedited Entry of an Order Authorizing Issuance of Process of Maritime Writ of Attachment and Garnishment and, in the Alternative, for Expedited Hearing, and that Hawthorne Industrial Products Inc. have any and all such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted:

*/s/ Aaron B. Greenbaum*

Aaron B. Greenbaum T.A. (#24110938)
SDTX Federal ID No.: 2023921
Salvador J. Pusateri (#24072867)
SDTX Federal ID No.: 438301
PUSATERI, JOHNSTON, GUILLOT &
GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com

and

Robert E. O'Connor (*pro hac vice* to be filed)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, NY 10022
Telephone: 212-867-9500
roconnor@mmwr.com

*Attorneys for Plaintiff*
*Hawthorne Industrial Products, Inc.*