| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston | Case Number | 4:22-cv-03035 |
|---|---|---|---|

| |
|---|
| Hawthorne Industrial Products Inc. |

| |
|---|
| *versus* |

| |
|---|
| Hanwin Shipping Limited aka Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., o City Expansion Limited, et al |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert E. O'Connor<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>437 Madison Avenue<br>New York, NY 10022<br>(212) 867-9500; roconnor@mmwr.com<br>New York #4899316<br>SDNY #RO1789 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Hawthorne Industrial Products Inc. |

| |
|---|
| Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |

| | | |
|---|---|---|
| Dated: 9/9/2022 | Signed: | /s/ Robert E. O'Connor |

| |
|---|
| The state bar reports that the applicant's status is: |
| Dated:                       Clerk's signature |

| | |
|---|---|
| **Order** | **This lawyer is admitted *pro hac vice*.** |

Dated: _____           _____
                                                                United States District Judge