UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03035 |
|---|---|---|---|

| Hawthorne Industrial Products Inc. |
|---|

| *versus* |
|---|

| Hanwin Shipping Limited aka Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., o City Expansion Limited, et al |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert E. O'Connor<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>437 Madison Avenue<br>New York, NY 10022<br>(212) 867-9500; roconnor@mmwr.com<br>New York #4899316<br>SDNY #RO1789 |
|---|---|

| Name of party applicant seeks to appear for: | Hawthorne Industrial Products Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 9/9/2022 | Signed: /s/ Robert E. O'Connor |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 9/9/2022 | Clerk's signature *[signature]* |

### Order

Dated: 9/9/22

This lawyer is admitted *pro hac vice*.

_____
United States District Judge