# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Hawthorne Industrial Products Inc.

v.                                              Case Number: 4:22–cv–03035

Hanwin Shipping Limited aka Hanwin
Shipping Company Limited, Shanghai
Hanying International Logistics Co., or
City Expansion Limited

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/8/2022

**TIME:** 11:20 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 30, 2022                      Nathan Ochsner, Clerk