

womblebonddickinson.com

United States Courts Southern
District of Texas
FILED

**November 22, 2022**

*November 22, 2022*

**Via Courier**

Nathan Ochsner, Clerk of Court

**Honorable Sim Lake
United States District Court
515 Rusk St, Room 9535
Houston, Texas 77002**

**Re:   *DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. v. Hunting Titan, Inc.*, Civil Action No. 4:20-cv-02123 (S.D. Tex.)**

Womble Bond Dickinson (US) LLP

100 Light Street
26th Floor
Baltimore, MD 21202

t:  410.545.5800
f:  410.545.5801

Barry J. Herman
Partner
Direct Dial: 410-545-5830
Direct Fax: 443-769-15301
E-mail: Barry.Herman@wbd-us.com

Dear Judge Lake:

Per your request during the October 14, 2022 Docket Call, attached are courtesy copies of (1) the Second Supplemental Expert Report of Andrew W. Carter, and (2) the Supplemental Expert Report of Keith R. Ugone, Ph.D.

During that hearing, DynaEnergetics explained that it would update its damages reports to incorporate the Court's Summary Judgment order, as well as updated financials (including prejudgment interest at the request of the Court). Oct. 14, 2022 Tr. at 15:12-20, 21:24-22:9. Mr. Carter's supplemental report is limited to those two updates.

DynaEnergetics has no objection to Mr. Ugone's supplement to the extent it similarly incorporates the Court's Summary Judgment order and updated financials. Nor does DynaEnergetics object to Mr. Ugone's analysis of the impact of the recently produced settlement agreement between Schlumberger and DynaEnergetics on damages in this action (it does not impact his analysis, as DynaEnergetics predicted when it opposed the motion to compel). However, the Ugone supplemental report additionally incorporates two recent supplemental interrogatory responses and a supplemental technical expert report from William Fleckenstein, all served by Hunting after the October 14, 2022 hearing. Specifically, Mr. Ugone opines that (1) pre-loaded pre-wired guns are non-infringing alternatives despite the Court's order to the contrary and (2) that damages may not be recovered on certain of the H-1 systems because of a change to the charge Hunting used in these systems beginning in *December 2021* that was not formally disclosed to DynaEnergetics until *October 31, 2022* (although Hunting's counsel informally raised the potential issue a month earlier). DynaEnergetics objects to these new opinions as untimely and contrary to law and the Summary Judgment Order.

Per the Court's request that the parties "submit a pretrial memorandum . . . in which they may foreshadow any evidentiary issues likely to arise at trial" (Dkt. 196 at 114-15), DynaEnergetics previously raised certain evidentiary issues that it believes contradict the Court's Summary Judgment Order in its original Memorandum of Law (Dkt. 201-1). DynaEnergetics believes this contradiction has been exacerbated by the Supplemental Ugone Report, Supplemental Fleckenstein Report, and the supplemental interrogatory responses. These same disclosures also purport to provide a non-infringement defense based on the substitute charge issue for the first

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

Honorable Sim Lake
United States District Court for the Southern District of Texas
November 22, 2022
Page 2



time. Thus, DynaEnergetics respectfully requests the Court allow a 5-page supplement to address the issues newly raised by Hunting's supplementations.

DynaEnergetics attempted to work with Hunting to jointly submit this letter to the Court but was unsuccessful. Hunting has indicated it disagrees that any additional briefing is needed and will submit its own response to this letter to the Court. To the extent Hunting is also permitted a supplemental submission, DynaEnergetics believes these submissions should be made simultaneously as was done for the original memoranda.

Respectfully submitted,

Barry J. Herman

cc: Counsel of record (via email)

BJH