UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Hawthorne Industrial Products Inc.

v.   Case Number: 4:22−cv−03035

Hanwin Shipping Limited aka Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., or City Expansion Limited

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**  by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 01/30/2023

**TIME:** 2pm

**TYPE OF PROCEEDING:** Ex Parte Hearing

Date:   January 26, 2023

Nathan Ochsner, Clerk