# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **HAWTHORNE INDUSTRIAL PRODUCTS, INC.,** § § § | |
| Plaintiff, § | |
| v. § | |
| § | **CIVIL ACTION NO. 4:22-CV-3035** |
| **HANWIN SHIPPING LIMITED,** § *et al.*, § | |
| Defendants, § § | |
| AND § § | |
| **AMERICAN SHIPPING & CHARTERING** § **CORP.,** § § | |
| Garnishees. § | |

## ORDER

Plaintiff, Hawthorne Industrial Products, Inc. seeks attachment of funds in a motion for authorizing a writ of attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure (Dkt. No. 2). The same funds have been previously attached by Transatlantica Commodities Pte Ltd. (Transatlantica) in an earlier case filed in this District (No. 4:22-cv-1983, Dkt. No. 13.) Pending before the district court in that case is a motion to vacate attachment. (*Id.* at Dkt. No. 15.)

Immediately after the district court rules on the motion to vacate attachment, this Court will hold a hearing. If the district court rules that Transatlantica is not entitled to the funds attached, the funds will not be released until after this Court's hearing. If the district court rules the funds are properly attached, Hawthorne shall re-urge its motion for a writ of attachment at this Court's hearing.

**SIGNED** in Houston, Texas on February 8, 2022.

_____
Sam S. Sheldon
United States Magistrate Judge