UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Hawthorne Industrial Products Inc.

v.                                              Case Number: 4:22–cv–03035

Hanwin Shipping Limited aka Hanwin Shipping Company Limited, Shanghai Hanying International Logistics Co., or City Expansion Limited

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/24/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Status Conference

RE: Order – #15

Date:   April 13, 2023                                              Nathan Ochsner, Clerk